People v Garbutt (2024 NY Slip Op 00543)

People v Garbutt

2024 NY Slip Op 00543

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, NOWAK, AND DELCONTE, JJ.

927 KA 22-01387

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
DAVION GARBUTT, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (KRISTINE BIALY-VIAU OF COUNSEL), FOR DEFENDANT-APPELLANT.
WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (BRADLEY W. OASTLER OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Onondaga County Court (Thomas J. Miller, J.), rendered August 11, 2020. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Garbutt ([appeal No. 1] — AD3d — [Feb. 2, 2024] [4th Dept 2024]).
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court